UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-10 |
| | ) | |
| ROBERT SWANSON | ) | |

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on April 16, 2013.

At the hearing, defendant entered a plea of guilty to Count One of the Indictment.   There is no

plea agreement in this case.   On the basis of the record made at the hearing, I find that the

defendant is fully capable and competent to enter an informed plea; that the plea is made

knowingly and with full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises, that the defendant understands the nature

of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count One of the Indictment be

accepted, that the Court adjudicate defendant guilty of the charges set forth in Count One of the

Indictment.   I further recommend that defendant remain in custody until sentencing in this matter.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved

for the district judge.

The defendant's sentencing date is scheduled for **Thursday, August 8, 2013, at 9:00 am**.


S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

1

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge.   Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter.   *See* 28 U.S.C. §636(b).